| | |
|---|---|
| 1 | SNELL & WILMER L.L.P. |
| | Philip J. Graves, Bar No. 153441 |
| 2 | pgraves@swlaw.com |
| | Marjorie A. Witter, Bar No. 250061 |
| 3 | mwitter@swlaw.com |
| | 350 South Grand Avenue |
| 4 | Suite 2600 |
| | Two California Plaza |
| 5 | Los Angeles, California 90071 |
| | Telephone: 213.929.2500 |
| 6 | Facsimile: 213.929.2525 |
| 7 | Attorneys for Defendant |
| | SUPERIOR COMMUNICATIONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SPECULATIVE PRODUCT DESIGN, LLC, | Case No. CV 12-04997 RS |
| Plaintiff, | [~~PROPOSED~~] **ORDER TO TAKE CASE MANAGEMENT CONFERENCE OFF CALENDAR** |
| v. | |
| SUPERIOR COMMUNICATIONS, INC., | |
| Defendant. | |

[~~PROPOSED~~] ORDER TO TAKE CASE
MANAGEMENT CONFERENCE OFF
CALENDAR
CV 12-04997 RS

SNELL & WILMER
L.L.P.
LOS ANGELES

1  WHEREAS Plaintiff Speculative Product Design, LLC ("Speculative") and Defendant Superior Communications, Inc. ("Superior") stipulated that pursuant to Civil L.R. 6-1(a), Defendant Superior Communications, Inc. shall have until March 4, 2013 to answer or otherwise respond to the Complaint;

WHEREAS Speculative and Superior stipulated that the Case Management Conference be set for January 24, 2013;

WHEREAS Speculative filed a Complaint against Superior in the United States International Trade Commission ("ITC") under Section 337 of the Tariff Act of 1930 on December 21, 2012;

WHEREAS this action may be stayed following the ITC's initiation of the investigation of Speculative's Complaint; and

WHEREAS Superior submits the attached Declaration of Marjorie A. Witter in support of this Stipulation.

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Speculative Product Design, LLC and Defendant Superior Communications, Inc. that the Case Management Conference, currently set for January 24, 2013 at 10:00 a.m., be taken off calendar.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 12/31/12                    BY: /s/ Richard Seeborg
                                        HON. RICHARD SEEBORG
                                        UNITED STATES DISTRICT COURT JUDGE